UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF HAVERHILL RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant GREAT LAKES DREDGE & DOCK CORPORATION,<br><br>     Plaintiff,<br><br> v.<br><br>NATHAN D. LEIGHT, DOUGLAS MACKIE, CARL A. ALBERT, JONATHAN W. BERGER, PETER R. DEUTSCH, JASON G. WEISS, STEPHEN H. BITTEL,<br><br>     Defendants,<br><br>and<br><br>GREAT LAKES DREDGE & DOCK CORPORATION,<br><br>     Nominal Defendant. | Case No.: 1:13-cv-02470<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1(c) AND 41(a)**

Plaintiff, through counsel, moves this Honorable Court for the entry of an order allowing dismissal of this action against all defendants without prejudice and without notice to the shareholders of Great Lakes Dredge & Dock Corporation ("Great Lakes" or the "Company"), pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure. Defendants do not oppose this Motion. This Motion is based upon the accompanying Memorandum of Law, and the Declaration of Joseph P. Guglielmo.

DATED: June 4, 2013              Respectfully submitted,

                                            WEXLER WALLACE LLP

                                            /s/ Mark R. Miller
                                            Kenneth A. Wexler
                                            Mark R. Miller
                                            55 West Monroe Street
                                            Suite 3300
                                            Chicago, IL 60603
                                            Tel: 312/346-2222
                                            Fax 312/346-0022

                                            SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                            Joseph P. Guglielmo
                                            Donald A. Broggi
                                            The Chrysler Building
                                            405 Lexington Avenue, 40th Floor
                                            New York, NY  10174-4099
                                            Tel:  212/223-6444
                                            Fax 212/223-6334

                                            SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                            David R. Scott
                                            156 South Main Street
                                            Colchester, CT 06415
                                            Tel: 860/537-5537
                                            Fax: 860/537-4432

                                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

                                                           /s/ Mark R. Miller