# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

| | |
|---|---|
| The City of Haverhill Retirement System, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:13−cv−02470 |
| | Honorable Matthew F. Kennelly |
| Nathan D. Leight, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2013:

    MINUTE entry before Honorable Matthew F. Kennelly: Plaintiffs' motion for voluntary dismissal is granted [28]. The case is voluntarily dismissed without prejudice, and without notice to the shareholders of Great Lakes Dredge & Docks Corp., for the reasons stated in plaintiffs' supporting memorandum. The motion hearing date of 6/11/2013 is vacated. Civil case terminated. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.